AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | ) | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )  to appear for court proceedings;
( X )  if convicted, to surrender to serve a sentence that the court may impose; or
(   )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)  This is a personal recognizance bond.

(   ) (2)  This is an unsecured bond of _____ .

(   ) (3)  This is a secured bond of _____ , secured by:

   (   ) (a)  _____ , in cash deposited with the court.

   (   ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property
   *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

   _____ .

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   (   ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

   _____ .

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 01/29/2021

*Defendant's Signature* JEREMY SPENCE

Emily Spence
*Surety/property owner – printed name*

*Surety/property owner – signature and date* 2.5.21

Gerard Spence
*Surety/property owner – printed name*

*Surety/property owner – signature and date* 2.5.21

*Surety/property owner – printed name*

*Surety/property owner – signature and date*

CLERK OF COURT

Date: 01/29/2021

*Signature of Clerk or Deputy Clerk*

Approved.

Date: 01/29/2021

CHRISTINE MAGDO
Digitally signed by CHRISTINE MAGDO
Date: 2021.01.29 13:49:11 -05'00'

*AUSA's Signature* CHRISTINE MAGDO

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.*  The court may order this appearance bond ended at any time.  This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.*  I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.*  I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.  I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true.  (See 28 U.S.C. § 1746.)

Date: _____

*Defendant's Signature*

*Surety/property owner – printed name*      *Surety/property owner – signature and date*

*Surety/property owner – printed name*      *Surety/property owner – signature and date*

*Surety/property owner – printed name*      *Surety/property owner – signature and date*

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____

*AUSA's Signature*

AO 199A (Rev. 06/19) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
|  | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B   (Rev. 12/11) Additional Conditions of Release

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(  ) (6)   The defendant is placed in the custody of:
  Person or organization _____
  Address *(only if above is an organization)* _____
  City and state _____   Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
  *Custodian*   *Date*

(  ) (7)   The defendant must:
  (  ) (a)   submit to supervision by and report for supervision to the PRETRIAL SERVICES FOR     Regular;     Strict;     As Directed
              telephone number _____ , no later than _____ .
  (  ) (b)   continue or actively seek employment.
  (  ) (c)   continue or start an education program.
  (  ) (d)   surrender any passport to: _____
  (  ) (e)   not obtain a passport or other international travel document.
  (  ) (f)   abide by the following restrictions on personal association, residence, or travel: _____
  (  ) (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
  (  ) (h)   get medical or psychiatric treatment: _____
  (  ) (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  (  ) (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  (  ) (k)   not possess a firearm, destructive device, or other weapon.
  (  ) (l)   not use alcohol (  ) at all (  ) excessively.
  (  ) (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  (  ) (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  (  ) (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  (  ) (p)   participate in one of the following location restriction programs and comply with its requirements as directed.
      (  ) (i)    **Curfew.** You are restricted to your residence every day (  ) from _____ to _____ , or (  ) as directed by the pretrial services office or supervising officer; or
      (  ) (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
      (  ) (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  (  ) (q)   submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
      (  ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
  (  ) (r)   report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

**ADDITIONAL CONDITIONS OF RELEASE**

( ☒ ) (s)

AGREED CONDITIONS OF RELEASE:
$100,000 PRB;
CO-SIGNED BY 2 FRP's;
TRAVEL RESTRICTED TO SDNY/EDNY/D RI (and points in between for purposes of travel only);
SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS);
PRETRIAL SUPERVISION AS DIRECTED BY PRETRIAL SERVICES;
DRUG TESTING/TREATMT AS DIRECTED BY PTS;
MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS;
DEF. TO BE RELEASED ON OWN SIGNATURE;
REMAINING CONDITIONS TO BE MET BY 2/5/21;
DEF. NOT TO BE EMPLOYED IN A POSITION THAT INVOLVES RECEIVING OR HOLDING MONEY IN A POSITION OF TRUST.
ANY EMPLOYMENT MUST BE VERIFIED AND APPROVED BY PTS.
DEF. TO RESIDE WITH HIS PARENTS IN BRISTOL, RI, AND NOT TO MOVE WITHOUT THE PERMISSION OF PTS.

Defense Counsel Name: SYLVIE LEVINE

Defense Counsel Telephone Number: 917-612-4527

Defense Counsel Email Address: Sylvie_Levine@fd.org

AO 199C   (Rev. 09/08)   Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:                                                                                                   Case No.

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony –  you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor –  you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

Date: _____

*Defendant's Signature*

**DEFENDANT RELEASED**

*City and State*

### Directions to the United States Marshal

(   )  The defendant is ORDERED released after processing.
(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____

*Judicial Officer's Signature*

*AUSA's Signature*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 199C  (Rev. 09/08)  Advice of Penalties



| | |
|---|---|
| **From:** | Vinnie Babino |
| **To:** | Troy, Rachel (USANYS) [Contractor]; NYSDml_Presentments |
| **Cc:** | Magdo, Christine (USANYS) |
| **Subject:** | RE: Jeremy Spence, 21 Cr. 880 |
| **Date:** | Monday, February 8, 2021 2:37:00 PM |

==Emily Spence and Gerard Spence have both been sworn to the bail conditions.==



### Vincent Babino
**Arraignment Unit Clerk**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Phone: 212-805-4455
FAX: 212-805-4060

**From:** Troy, Rachel (USANYS) [Contractor] <Rachel.Troy@usdoj.gov>
**Sent:** Friday, February 5, 2021 3:28 PM
**To:** NYSDml_Presentments <presentments@nysd.uscourts.gov>
**Cc:** Magdo, Christine (USANYS) <Christine.Magdo@usdoj.gov>
**Subject:** Jeremy Spence, 21 Cr. 880

**CAUTION - EXTERNAL:**


Greetings,

Attached please find the bond for defendant Jeremy Spence, in case number 21 Cr. 880 signed by the co-signers. The co-signer was read the conditions of the bond and informed that if the defendant fails to appear, the co-signer and defendant would be responsible for the full amount of the bond. The co-signer verbally agreed to the terms and conditions.

The co-signers were directed to mail the original to:
        United States District Court
        Southern District of New York
        500 Pearl Street, Room 520
        New York, NY 10007
        Attn: Arraignment Section

The first co-signer's name, address and phone number is:
        Emily Spence
        11 Pleasant Street
        Bristol, RI 02809
        401-480-0562

The second co-signer's name, address and phone number is:
>Gerard Spence
>11 Pleasant Street
>Bristol, RI 02809
>401-486-3604

The co-signers work full time. If you are not able to call today, would it be possible to call at the following times on Monday 2/6 to accommodate their work schedules:
   a. Emily Spence - 1 and 2 p.m. EST
   b. Gerard Spence before 1 p.m. EST

Sincerely,

Rachel Troy
Paralegal Specialist
U.S. Attorney's Office, Southern District of New York
1 Saint Andrew's Plaza
New York, NY 10007
Phone: (212) 637-2511
Cell: (917) 692-3980

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.