# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 20, 2021

**By ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Jeremy Spence**
    **21 Cr. 116 (LAK)**

Dear Judge Kaplan,

I write to respectfully request that the Court permit Mr. Spence to travel with his mother and father to visit family in Massachusetts for the holidays, between December 25 and 27, 2021. Mr. Spence has been compliant with his bail conditions since they were imposed on January 29, 2021. If this request is granted, Mr. Spence will provide Pretrial Services with the exact destination address.

The government by Assistant United States Attorney Christine Magdo and Pretrial Services by Officer Tim Donahue (District of Rhode Island) both have no objection to this request.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Neil Kelly
Counsel for Mr. Spence

**Granted**

SO ORDERED.

Dated: December 20, 2021

*[Signature]*
Lewis A. Kaplan
United States District Judge