**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 12, 2022

**BY ECF**
Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Jeremy Spence, a/k/a "Coin Signals,"* 21 CR 116 (LAK)

Dear Judge Kaplan:

   The Government respectfully requests that the Court accept the guilty plea of Jeremy
Spence in the above-captioned case.  Spence entered a plea of guilty to Count One in Indictment
21 CR 116 in a proceeding before United States Magistrate Judge Debra Freeman on November
30, 2021.  A copy of the transcript of that proceeding, as well as a proposed Order, are attached
hereto as Exhibits A and B respectively.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

     by:  /s/
       Christine I. Magdo
       Assistant United States Attorney
       (212) 637-2297

cc: Sylvie Levine, Esq.