# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

UNITED STATES OF AMERICA                    :
                                            :
     - v. -                                 :                    ORDER
                                            :
                                            :
JEREMY SPENCE,                              :              21 CR 116 (LAK)
     a/k/a "Coin Signals,"                  :
                                            :
                          Defendant.        :
                                            :
-------------------------------------------------------X

     WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a

United States Magistrate Judge on November 30, 2021;

     WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the

District Court; and

     WHEREAS, upon review of that transcript, this Court has determined that the defendant

entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty

plea;

     IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: _____
     New York, New York


                             _____
                             HONORABLE LEWIS A. KAPLAN
                             UNITED STATES DISTRICT JUDGE