UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

- v. -

JEREMY SPENCE,
a/k/a "Coin Signals,"

Defendant.

------------------------------------------------------------X

ORDER

21 CR 116 (LAK)

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on November 30, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: Feb. 28, 2022
New York, New York

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE