**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 10, 2022

**TO BE FILED UNDER SEAL**[1]

**By Email and ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jeremy Spence**
      **21 Cr. 116 (LAK)**

Dear Judge Kaplan,

On February 25, 2022, I asked the Court to adjourn Mr. Spence's sentencing and the request was denied.  See Dkt. No. 30.  Upon receipt of the Court's decision, we continued to prepare for sentencing as scheduled on March 31, 2022.  However, there is new information that compels me to again ask for a 60-day postponement of the sentencing.



The government by Assistant United States Attorney Christine Magdo consents to this request.  Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Spence

---

[1] Given that Mr. Spence's medical condition is discussed herein, I seek to file an unredacted copy under seal.  A redacted copy will be filed on ECF.