**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 15, 2022

**TO BE FILED UNDER SEAL**[1]

**By Email and ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jeremy Spence**
       **21 Cr. 116 (LAK)**

Dear Judge Kaplan,

On April 1, 2022, this Court granted my request to adjourn Mr. Spence's sentencing after ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I ask that the Court again adjourn sentencing for approximately 30 days. Under the current sentencing schedule, my letter is otherwise due this Tuesday and I do not yet have sufficient information about Mr. Spence's prognosis or potential treatment needs – all of which I believe I must include for the Court's evaluation of the factors under 18 U.S.C. § 3553(a).

The government by Assistant United States Attorney Christine Magdo consents to this request. Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Spence

---

[1] Given that Mr. Spence's medical condition is discussed herein, I seek to file an unredacted copy under seal. A redacted copy will be filed on ECF.

# Attachment 1
## -Redacted-