# EXHIBIT A

Honorable Lewis A. Kaplan
United States District Judge

Dear Judge Kaplan,

 My name is Jeremy Spence, I am 25 years old, and I am writing to you regarding my case and your impending decision.

I wanted to first state that I am truly remorseful about the actions that led me to be in this situation. I did not set out to harm anyone, but I know that I did.  I got into a situation way over my head and made many mistakes. I am truly sorry for my actions and the negative effects that they have had on others. Now, I'll share with you a bit about myself so as to potentially shed some light on the circumstances that led me here.

I come from a small town where "playing it safe" was what was expected. It was relatively rare for people from my high school to leave Rhode Island for college. Most of my classmates either went to the state school URI or the community college CCRI. However, I wanted to do something different. I wanted to be around people with bigger dreams and ambitions, so I chose to make as significant a change as possible and decided to come to New York City.

Since then I continued to jump headfirst into new challenges, always figuring them out as I went. For example, when I was a sophomore in college I got very interested in mobile app startups. I came up with some ideas for some mobile businesses and, without knowing anything, taught myself how to code an app from scratch. I ended up launching 3 different apps in the app store, to different degrees of success.

After that, I started to get an interest in cryptocurrency the same way. I had no knowledge of finance at the time, but I figured similar to mobile apps, I would learn as I

went. After a while, however, I realized that I had gotten into a situation very far over my head.

When I first started losing money I began to have significant anxiety. I hated the idea of disappointing all of these people. I never wanted to hurt anyone or take anything for myself. All I wanted to do was get back everyone's money and return it to them. But because of my lack of experience, young age, and significant anxiety I did not know how to get out of the situation or handle it correctly. In my efforts to try and fix things I just ended up making things worse and hurting more people, which I severely regret.

Every day of the past few years I have been mortified by what I had done and the hurt that I caused others. I know that I acted very recklessly getting myself so involved with other people's money with so little experience, and that is not a mistake I plan on repeating.

I wanted to share with you one specific moment I remember that best shows how I have been feeling. When I was arrested and sitting in the back of the car with my hands cuffed I felt like I should have been extremely upset, but I wasn't. What I felt was almost relief. I had felt so guilty about my actions and I knew there should and would be repercussions.  I have been ready to accept the consequences of my actions so I can eventually try to move on and make better decisions in my future.

My family has tried to be as understanding and supportive of me as I go through this as possible, but I know that they are very worried and stressed about the situation. I know that I have hurt them financially and emotionally, and I feel ashamed of that. I hope that as time goes on we can grow past this and have back the relationships that we once did.

When I was in high school and college I used to love science. Looking back I have realized that some of my best memories in High School were when I was working on experiments for the school science fair. Similarly, when I was in college I studied

physics and philosophy. Not because of any particular career path I had in mind, but because I was genuinely interested in what I was learning. I am sad that I let myself get distracted from this in my later years at college.

As I move forward I hope to progress in this direction and be far away from anything finance-related. I plan on using my sentence to read and study everything I can get my hands on in this direction. I hope to be able to finish my undergraduate degree as soon as I can.

This was the biggest mistake I have ever made, and while I wish it had never happened, I have learned a lot about how much my actions can affect other people and how I need to be much more cautious in order to avoid anything like this in the future. This was a major lapse in my judgment and I will never repeat it.

Thank you so much for your time reading this and giving me the opportunity to share a bit more about myself.

Sincerely,
Jeremy Spence

# EXHIBIT B

██████████████ Bristol, Rhode Island

Honorable Judge Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pear St.
New York, NY 10007-1312

January 17, 2022

Dear Judge Kaplan,

We write to you, Your Honor, on behalf of our son Jeremy Spence, who awaits your decision as to his sentence for crimes he has admitted his guilt to. Our son is a good person, who got himself caught up in a temptation which he truly regrets. He will stand before you with his future in your hands and we respectfully ask you to apply as much leniency as is possible to our son, whom we love dearly.

The purpose of our letter is to introduce you to the young man we know so well and admire in many ways. He is a hard working, independent spirit with a competitive drive which has sometimes served him well and other times not. It is this spirit which defines him and pushes him forward in every aspect of his being. He has always strived to be unique. Perhaps this results from his being a twin with his sister, who is accomplished and quite comfortable and adept in the public realm; Jeremy is a far more reticent person. He avoids being even near the limelight but this does not deter him from striving towards high levels of achievement and following his will to succeed. To illustrate, when Jeremy and his sister entered their senior year in high school, she was ranked 10th in the class and he was ranked 17th. By the time they graduated, Jeremy sat 10th in the class while his sister ranked 8th. In 9th grade he designed a Science-Fair bio-tech project on fast-twitch versus slow-twitch muscle DNA in athletes. He had regular email contacts with university professors in the UK and in Australia regarding his project. As a 9th grader, he decided to wrestle for his school's Division I team and he encouraged some of his friends to do the same. Despite wrestling against classmates who had begun the sport at age 4, Jeremy learned, competed, and never once gave up on the very steep learning curve which he had chosen to be on. Jeremy will never mention these qualities about himself; it's just not in his nature. We know them to be true, though, and how they define his character. He's competitive and independent, and he has a determined and resourceful will. His will is not intended for recognition or accolades but more for the intellectual challenge in that he tried something unique and difficult and he did it at a very high level.

Our son's character is what the American culture teaches young people to aspire to, but we know that Jeremy wishes that he had tempered his spirit and made very different choices with regard to his effort in the bitcoin markets. He knows that his choices caused hardship and pain for those who trusted him, and for that he is sorry. He is more than ready and willing to atone for those mistakes and will follow your discretion as to how he will be punished.

Jeremy grew up in a small town in Rhode Island and we, his parents, are active members in our local community. Not as an excuse in any shape or form, but we wonder if Jeremy's drive to step beyond this community and challenge the big world affected his decision-making. He went to high school where I, his father, have taught for 26 years and perhaps he needed to step out from under my shadow. He has always sought to be unique in his approach, in his thinking, and in his life choices. We have applauded this in him. My father taught me to always pursue my goals at the highest level possible and that's what we've tried to instill in our twins. Almost immediately after he attended NYU, Jeremy gained an internship with a company in Brooklyn which supported start-up ventures; he was the only paid intern that the outfit had ever had on its staff. He was proud of his appointment and so were we. Jeremy has had many ideas for start-up

businesses, including supplying fresh white undershirts and socks to professionals who bought "subscriptions" with the premise that those professionals would donate their no-longer needed clothes to local homeless shelters. This, from an independent thinker and an intellectually-minded young person with a will to make a mark; not for the purpose of getting rich but more with the intent of creating a unique venture which may serve the public good and encourage others to follow suit. It may seem strange to say, but we believe this is the same initiative which led him to the emerging world of cryptocurrency.

We've had many conversations with Jeremy over the last months while he has been in our custody, and it is more than clear that Jeremy regrets his decisions, not because of the trouble he is now in but that his pride and sense of fairness caused hardship to others. He is humbled by his mistakes and would jump at the chance to turn back time and undo the problems he has caused to those who he wanted to help navigate the cryptocurrency markets. And now he will stand before you, Your Honor, and he will honor your decision regarding his future. All we may do at this point is ask you to kindly consider the fate of a young man who has talents and skills but needs a careful understanding as to his true character, so that he may properly atone for his mistakes and make correct amends to those who are duly entitled.

We thank you for your time and consideration.

Gerard & Emily Spence

# EXHIBIT C

Honorable Judge Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Lewis A. Kaplan,

My name is Lucy Spence and I am the twin sister of Jeremy Spence. I am a returned Peace Corps Volunteer from Panamá and am now the Program Director of a non-profit in Syracuse, NY that helps refugees start their own farms. Last year I also took a leave from work to offer interpretation services in a shelter for unaccompanied minors from Central and South America in Dallas.

I feel very fortunate to have known Jeremy longer than any other human being. As children, we spent all of our time together. We were in the same classes, played on the same sports teams, shared a car, and had many of the same friends. When we were younger, I knew him as well as I knew myself. Then we went our separate ways when college came around and we ended up in different states. However, we still stayed close, speaking often, and managing to occasionally visit each other. In recent years I was living abroad but still spoke with him regularly.

 Jeremy has always been the smartest person I know. When we were growing up, he was quiet and thoughtful. He thought before he spoke while I was often more impulsive and just jumped into things. He would fully devote himself to things that he found important to him like wrestling, schoolwork, website development, philosophy and other interests of his. In high school Jeremy excelled in science, especially Biotechnology and Physics. He was fascinated with those subjects and took the highest-level classes available. When he was interested in something he became an expert on it and could, and often would, talk about it for hours.

For a while now, Jeremy has been very interested in website development. He has helped my mother with her community-oriented work, making sure she has a functioning website to be able to offer services to families she helps. The last time he came to visit me was for our birthday in 2020. When he was at my apartment, I mentioned that I was having trouble with my organization's website. He offered to help me and showed me numerous techniques on how to improve the website. He consistently offers help whenever he can.

When my grandfather passed away in the beginning of the COVID-19 pandemic, it hit my family hard, most of all my grandmother. There wasn't much that we could do, especially while staying at a distance to reduce the risk of COVID-19. Jeremy knew that my grandfather had been writing his autobiography for years, and he immediately offered to proofread it for grammatical errors and then to use a website to print it into a real-book format. He spent so much time combing through photos and making every aspect of the

book look like one that had been professionally printed. Now everyone in my family has this special keepsake in our respective homes to look back at thanks to Jeremy.

This case has had a very large impact on Jeremy. He was a social individual in New York City with a girlfriend, friends, and many interests. Now he lives at home with my parents in the small town that he grew up in. It's easy to see the stress that he feels on his face every day even though he is trying to be brave for the sake of those around him. It is truly heartbreaking for someone who loves him so dearly to see this. I am certain that Jeremy feels remorse for the whole situation and the effects that it has had on others around him. He is not the kind of person who would ever want to negatively impact anyone near him.

Additionally, this case has been very difficult on my parents who suddenly had to adapt to their now 25-year-old son living with them. My parents are truly incredible people both as parents and as community members. My mother is a very selfless individual who works to help parents learn the best ways to raise their children. My father is a true pillar of the community and one of the most beloved teachers at the high school where he works. Though they are doing the best they can, while also caring for my ailing elderly grandmother, I can see that it is difficult for them.

Just recently, Jeremy has told me that he plans to go back to college and get a degree in science so he can pursue those interests he had back in high school. I think this is a fantastic plan and I plan to give as much support to this dream as I can. With myself as a mentor and strong familial support, I know Jeremy could work his way towards a great career in a field that could greatly help people.  I ask you to please consider choosing the lowest possible sentence for Jeremy so that he can move on with changing his life and showing the world the great person I know him to be.

Sincerely,

Lucy Spence
Syracuse, New York
January 17, 2022

# EXHIBIT D

Justin R. Spence

███████████████

January 17, 2022

Dear Judge Kaplan,

I am writing to request leniency in the sentencing of my nephew, Jeremy Spence. I am saddened by the situation in which Jeremy has put himself but heartened that he has entered a guilty plea and is taking responsibility for his actions. He knows that he did great wrongs and is prepared to face the consequences of his behavior.

As you consider what penalty Jeremy is to pay for his actions, I offer my perspective as to who he really is and why I believe he put himself in this situation. I do this because I fear that to read the indictment one might be left with the impression that Jeremy is some sort of a Machiavellian schemer looking to lie and steal whatever he can get his hands on. As his uncle, I feel the need to respectfully submit my reasoning why I believe this is not the case.

Jeremy is a naturally introverted and shy individual – the average person is not going to get a feel for what makes him tick without spending time with him. He's also an extraordinarily bright young man. He's always had an impish, dry sense of humor, been a quiet thinker, and somewhat of a contrarian. His underlying personality is to question views with a "what do you think, and why?" approach rather than accept matters at face value. He studied Philosophy at NYU and in part it is the "philosophy" behind the initial creation of crypto-currencies that originally captured his interest.

Jeremy is also a twin. His sister Lucy is a charming, gregarious young lady who is also exceptionally bright. Unlike her brother, she is a natural people person who is comfortable advocating for herself, and conveying her thoughts and views. Lucy and Jeremy spent their early years identified in school and among friends as two parts of a whole. If I'm candid, I believe Jeremy has always felt overshadowed by Lucy's bigger and more people-oriented personality and in part that is why he is driven to show that he can be a success and do big things.

Though the press release from the Department of Justice can be read to suggest that Jeremy's efforts in the cryptocurrency field were nothing but a hoax and a failure from the outset this is actually not the case. At the outset Jeremy started by writing a blog that detailed his personal views on cryptocurrencies, principles behind its creation, and detailing his own investment strategies in the same. These strategies were successful and productive and shortly thereafter Jeremy had a large following of individuals who subscribed to his social media platform – many of whom solicited investment advice from him.

This is not in any way meant to dispute or absolve him of the poor decisions he made subsequent to this point. I mention it only to highlight the fact that during this time I saw a level of confidence and personal pride in Jeremy that I'd never seen before. Still innately reserved he exuded a new found comfort in his own skin that was nice to see. And I don't believe it was the money, either. In my view it was a sense of pride that people were coming to him and asking him what he thought they should do to share in the growing new mania that was (is) cryptocurrency.

Regrettably he made poor decisions to invest on the behalf of others using his self-taught "expertise". Youthful arrogance and naivete told him he could beat a market that to this day still lacks basic financial fundamentals upon which to make sound decisions.

When his investments went poorly, instead of owning up to that, he panicked and started down a long path of indefensible decisions that ran counter to the morals and ethics that are the core of who he is.  He got in too deep and somehow couldn't step away.   I believe it was the prospect of losing that feeling of accomplishment that played as big a role as any for the actions for which he is now going to pay.

So, that begs the question of what is the real core of Jeremy Spence?

Jeremy is a proud young man eager to make good.  He is loyal and, despite what this case may suggest, believes in fairness.  I'm confident that this belief is why he has accepted responsibility for his wrongs even though he now faces a truly daunting and frightening phase of his young life.

In the more than three years since the civil suit was filed and his subsequent arrest at his parent's home by the FBI, Jeremy has steadfastly adhered to the Court's orders.

I'm biased, I know – but I still can't wrap my head around the fact that Jeremy was a self taught, inexperienced 22 year old when this transpired.  I'll never forget, after the civil suit was filed, him asking me "Uncle Jay, can this last six months?" It nearly broke my heart as I simply said that yes it could.  I didn't have the courage to tell him it could and would probably last years and likely get far worse.  And, it has.

Jeremy has been required over the past year to not leave the State of Rhode Island without permission. My understanding is that he has left RI three times – twice for court ordered appearances in New York and once this Christmas after receiving approval from his parole officer to visit our home in Massachusetts for an afternoon.  My view is that he is holding up fairly well given the circumstances, but my personal opinion is that he is depressed.  We hear a lot about the impacts of Covid on today's youth with regards to isolation, limits on social interaction and the like.  Jeremy, for obvious reasons, is facing that sort of challenge tenfold.  But facing it nonetheless.

As a final note I should say that Jeremy has never been in trouble with the law nor faced any disciplinary action of any kind whatsoever in school, sports, or the like.  Beyond this debacle, he is just a normal kid. One that I can assure you is already humbled, embarrassed, and ashamed.  I assume it won't be sufficient, but in terms of rehabilitation he's learned very well a valuable and already very costly life lesson.

As Jeremy's uncle I humbly request that Jeremy be given a sentence that gives him, and his family, some hope for the future.  He's an incredibly bright kid who can do great things for the good.  You have my commitment that I will devote my time and love moving forward to help him make something big of his life as he makes restitution and beyond.

Respectfully,


Justin R. Spence

# EXHIBIT E

Honorable Judge Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Dear Judge Kaplan,

Our names are Karin Pearce-Small and James Small. We are writing on behalf of our nephew
Jeremy Spence. We hope we can give some insight into this gentle young man who you do not
yet know. I am a second grade teacher in a small, independent, non profit school on Cape Cod.
I have worked there for 34 years. My husband James works for the ███████████████████
███████. We have two sons, ages 24 and 28.

As Jeremy's aunt and uncle, we have known him since his and his twin Lucy's birth. They were
beautiful happy babies and grew into beautiful, smart, athletic, fun-loving children. The two of
them were together in the same class through much of Elementary School and had a strong
connection. As they grew older, they grew more independent, developing their own strengths,
interests and abilities. Jeremy's parents, Emily and Gerard are loving, intelligent, community-
minded people. They are amazing parents who provided a loving home, diverse learning
experiences, travel and connections with family here in the United States and in Europe. Gerard
is a teacher at the high school and provided mentorship as Jeremy and Lucy progressed
through school. Emily is also a teacher, specializing in teaching parents how to be teachers to
their children prior to preschool. She worked part time when the children were in school and was
able to be a big part of their lives.

Jeremy grew up in the town of Bristol, RI. It is a college town, a tourist attraction as it is close to
Newport, and a working class town. Jeremy was a hard working student through high school.
He was extremely bright and excelled in all subjects. He played soccer from grade school
through high school. He was a student and athlete who worked hard, didn't seem to strive for
recognition, and followed the rules. He graduated as a member of the Honors Society. He was
never a wild child and never got in trouble with the law growing up. When he was young he was
calm and fun-loving, as he grew older, he was quiet but had a great sense of humor and
enjoyed the company of a small group of friends and family.

Jeremy has been interested in technology for quite a long time. I remember being on a vacation
with the Spences in Maine. One day he and our son decided they should develop Apps for the
phone and they came up with a jingle. This interest grew in college where he was excited about
developing apps that would help students in college. There have been many times when
Jeremy has helped me figure out my phone or cleaned up my laptop. He always does it with
great patience, and a sense of humor at my limited skills.

When Jeremy chose NYU as his college, we were all very excited for him. He went off to New
York City, having grown up in a small town. He had never gone anywhere without his family or
lived on his own. He made friends and seemed to be very happy. Many of his friends were from

wealthy families and lived very different lifestyles from what he had grown up in. Through his friendships and connections, his direction changed.

This case has been heartbreaking. Jeremy is a kind, generous, intelligent, young man who has, through inexperience with people and the world, made horrible mistakes. My sister and her husband have been torn apart by this and my almost 90 year old mother is extremely worried and heartbroken. My husband and I are heartbroken and anxious knowing what could happen to this young man who we love. We believe Jeremy is very upset and remorseful. He very much wants to make this right. He also is ashamed. Watching him through these past years of waiting, living in his parent's home in limbo, we have seen him work hard at being positive. He is helpful around the home and often helps his grandmother. He helps her with outdoor projects, taking her on errands, and visiting and playing cards with her. He has started doing web design which not only puts his skills to work but provides a little income.

Jeremy is surrounded by a family who loves and supports him. While in New York City and developing his independence as a college student, he pulled away from his family. But during this time living at home, we think he has seen what a strong family he has - amazing parents, loving sister, aunts and uncles who love and support him. He also has a girlfriend in NYC who has stayed with him through this entire time. She lives in the city but visits from time to time. So he is surrounded by strong loving people who will support him in his future plans.

It is our hope that you will look at Jeremy and see a young man who has made serious mistakes but has shown remorse. The fact that Jeremy has faced these charges, and has dealt with the restrictions and the waiting and the fear of what will happen, shows that Jeremy has remorse and hopes to turn his life around.

Thank you for taking the time to learn more about Jeremy.

Respectfully,


Karin Pearce-Small and James Small

# EXHIBIT F

**Kerri Sloat**



Honorable Judge Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

January 16, 2022

Dear Honorable Judge,

My name is Kerri Sloat.  I am an Art Teacher at Mt Hope High School in Bristol, RI.  In 1995, I met my colleague Gerard Spence. My relationship with Gerard and his wife Emily is one of the most important friendships that I have. When a friendship spans over 25 years, and you have shared life's ups and downs; it feels more like family.  One of the ups for the Spences has always been their children, twins Jeremy and Lucy.  Not only have I watched  them grow, but I had the privilege of having them as students.  I'd like to share my insights.

As a student, Jeremy excelled academically.  He played sports (soccer and wrestling), was well liked and had a small but loyal group of friends.  He took my art class to fulfill an arts requirement needed for graduation.  I would describe Jeremy as a quiet and introspective teenager.  He appeared unphased by typical teenage attitudes; avoiding unnecessary drama and gossip.  He kept to himself and placed his energy where it mattered, grades and sports.  Then, I considered him mature for his age.  For those that do not know Jeremy he can be hard to read.  Silence may be mistaken for being indifferent or aloof.  Behind this silence, is a smart, loyal and respectful young man.

I am certain you will read in other letters that the Spence family is no stranger to pain and suffering.  Despite the horrors they experienced they have and continue to be an integral part of the school community and community at large.  I cannot think of better, loving parents.  This situation has been extremely stressful for all.  Jeremy is a young man who has made poor decisions and will have to live with the consequences of his actions.  I ask that you consider the time he has spent at home while the case is pending, as well as all the letters of support you will read.  This is a family that has already dealt with so much pain.  I have no doubt that Jeremy will be a young man that contributes to society in a positive manner.  He is ready to reform and move forward from mistakes.  All of us are hoping and praying for the best.

Respectfully,

Kerri Sloat

# EXHIBIT G

**Denis Leonti**

Honorable Judge Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

January 16, 2022

Dear Honorable Judge,

My name is Denis Leonti and I am writing this letter on behalf of the Spence
Family.  We have been very close friends for over twenty years.  The Spences
are respected community leaders and excellent examples of always helping
the less fortunate.  Gerard and I experienced the loss of a loved one at the
same time, ███████████████████████████.  The impact
of these most certainly has effects on us and our children.

I know Jeremy has made a poor decision.  I write on his behalf to ask that you
consider a punishment that would allow Jeremy to prove his willingness to
reform and illustrate his desires to improve his character and reverse decisions
that led to this situation.  His recent actions are yet another tragedy; one that
the entire family feels.  All are devastated.  In closing, please consider keeping
Jeremy out of prison and allow him to reform and be an asset to the
community much like his parents and sister.

Respectfully,

Denis Leonti

# EXHIBIT H

███████████████

Honorable Judge Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan,

We write this letter in support of Jeremy Spence.

As close family friends of nearly 30 years, we have known Jeremy for his entire life. Jeremy's family is very dear to us.  We speak as close and personal witness to the loving, nurturing, conscious, mindful, and responsible environment that was Jeremy's world growing up. It was a warm and stable home. Jeremy's parents modeled right and wrong. They maintained worthy and clear expectations and consequences. Jeremy flourished within these bounds and by the example of his parents. He always comported himself as a respectful, responsible young man. He was an exemplary student, a fierce competitor in sports and he held after school jobs.

We lived nearby and we have spent a lot of time together. We shared countless community gatherings and, throughout the years of Jeremy's entire adolescence, we spent a week camping together every summer. We have been part of and witness to Jeremy's life from his birth.  When Jeremy and his sister, Lucy, were toddlers I, Jen, took care of them when Emily returned to work. I had time alone with Jeremy and clearly remember my recognition then that Jeremy was a thoughtful and intelligent child. He enjoyed reading, taking his time eating and playing games. I remember him observing others and carefully taking in the things around him. During the days we spent camping together, Jeremy, Lucy and our three children played hours on end at card games, games of tag in the woods, and preparing and practicing plays that they would perform at the end of each trip. Jeremy and the other children got along very well. Never were there any

issues or conflicts among them that they didn't work out on their own. Jeremy was always an active, engaging voice and was happy within the group. It was clear early in Jeremy's life that he is very intelligent. The recollection of Jeremy's questions probing topics of the ins and outs of our professions or the space-time continuum are firm in our memories and still bring smiles to our lips. His maturity of thought was well beyond his age. He worked intently and diligently to graduate from high school among the top ten students - even when he had 10 places to gain to achieve the goal with just one school year remaining. He was tenacious - he set the goal and did the work to see it come to pass. Jeremy was so pleased about his acceptance to NYU. It was evident that he desired to study among other thinkers and to challenge the limit of his abilities.  We knew he would excel at whatever he chose.

We know how deeply Jeremy's actions have impacted his family. We have witnessed Emily and Gerard offer endless support and unconditional love to their son throughout this process. They have shared with us that Jeremy has carefully heeded stipulations set by the court and that he has been a conscientious housemate working to do his fair share. We understand that Jeremy is anxious to make amends for his actions and to put his errors behind and to pursue a productive life. Considering the evidence of Jeremy's history and upbringing, we predict that he will turn his life to a meaningful pursuit and engage his admirable intellect in something good.

We have relied on his parents as role models and mentors for our children. We remain the same for Jeremy. We consider Jeremy as one of our own. We know that Jeremy can rise to the challenges that he faces.


Jennifer and William Moclair
January 17, 2022

# EXHIBIT I

# Mt. Hope High School
199 Chestnut St.
Bristol, RI 02809

**Deborah DiBiase, Ed.D**
Principal

| **Robert Campion M.Ed** | **Michelle King, M.Ed** | **Nicole Lyons, Ed.D** | **Christy J. H. Belisle, M.Ed., CAA** |
| Assistant Principal | Assistant Principal | College & Career Coordinator | Athletic Director |

Honorable Judge Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

December 17, 2021

Dear Honorable Judge Kaplan,

Please accept this letter of reference on behalf of Jeremy Spence, a 2014 graduate of Mt. Hope High School where I was his School Counselor for four years.

While Jeremy attended high school, he conducted himself with the highest level of integrity and kindness. He was a respectful, thoughtful, compliant, and focused young man who excelled academically, athletically, and interpersonally. While there are an abundance of examples demonstrating his depth of character, the ones that stand out most to me are as follows: his induction into the National Honor Society, which recognizes only the most exceptional students who value scholarship, service, leadership and character; his participation in the Special Olympics where he worked to help people with intellectual disabilities discover new skills and experience success; and the way in which he conducted himself day in and day out throughout his entire high school career. Jeremy was a role model. He had a kind heart and a peaceful spirit. He was the type of young man that anyone would be proud to call their son, friend or teammate.

Raised in a loving, supportive home, Jeremy's parents are very respected and endeared within our community. His father is a Social Science Teacher at Mt. Hope High School while his mother works as the Program Director for the district's Parents As Teachers Program. To say that the family has been significantly impacted by Jeremy's charge(s) is an understatement, and as a mother to a son who also faced criminal charges and subsequent sentencing, I do understand the parental perspective, but I also very much understand the perspective of the accused, and I believe steadfastly that Jeremy is remorseful for his decisions and will make different choices as he moves forward with his life.

As you consider the sentencing of Jeremy, it is my hope that his depth of character and his familial support can be factored into the final judgment. If you have further questions, please contact me at

Sincerely,

Sherry Atkinson
School Counselor

*Strengthen your Core and get RRHIIP'ed!*
*Respect, Responsibility, Honesty, Integrity, Intellectual Curiosity & Perseverance*

# EXHIBIT J

**Mt. Hope High School**
199 Chestnut St.
Bristol, RI 02809

**Deborah DiBiase, Ed.D**
Principal

| | | | |
|---|---|---|---|
| **Robert Campion M.Ed**<br>Assistant Principal | **Michelle King, M.Ed**<br>Assistant Principal | **Nicole Lyons, Ed.D**<br>College & Career Coordinator | **Christy J. H. Belisle, M.Ed., CAA**<br>Athletic Director |

Honorable Judge Lewis A. Kaplan

Daniel Patrick Moynihan

United States Courthouse

500 Pearl Street

New York, NY 10007-1312

Dear Honorable Judge Lewis A. Kaplan:

Please accept this letter on behalf of Jeremy Spence. As the librarian at Mt. Hope High School in Bristol, Rhode Island, I have known Jeremy Spence since he was in high school and got to know him most during his senior year when he took an online class in my library.

I also have the pleasure of working with Jeremy's father, Mr. Gerard Spence who is a colleague of mine and a dear friend. Mr. Spence is a much beloved Social Studies teacher and advisor to the National Honor Society at Mt. Hope High School.

Quiet and reserved, honest and respectful, Jeremy was an intrinsically motivated scholar athlete in high school. As a student taking one of the few online courses offered at our school, Jeremy consistently demonstrated initiative and worked independently and responsibly. A distinguished member of the National Honors Society, Jeremy exemplified the qualities required for membership; he demonstrated academic success, community service, leadership skills, and exceptional character. As for his commitment to community service, I most remember Jeremy volunteering his time to help with the Special Olympics.

I have great respect for our criminal justice and judicial system, and I have no doubt that Jeremy is remorseful for any criminal acts he has committed. As a mother and a teacher, my hope for Jeremy is that he may receive the lowest reasonable sentence possible. Statistically, individuals such as Jeremy (involved in the criminal justice system in early adulthood) will experience lifelong consequences of having a record, and such consequences will potentially limit his chances for any future success. The Jeremy I know had a very bright, successful, future ahead of him. Intelligent, talented, and skilled, my hope for Jeremy now is that he may find redemption and at some point be able to contribute to use his talents and skills for good, and to have the opportunity to be a productive, contributing member of society.

Sincerely,

Laura A. Cabral

EXHIBIT K



19 January 2022

Honorable Judge Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Dear Judge Kaplan:

I write on behalf of Mr. Jeremy Spence.  The purpose of my letter is to respectfully request clemency for my former student at his sentencing hearing scheduled for March 2022.

Prior to my semi-retirement, I was a high school social studies teacher at Mt. Hope High School (MHHS) in Bristol, Rhode Island from 1997 to 2014.  Before, and overlapping with that, I was/am an adjunct instructor in the Department of History at Rhode Island College from 1988 to 2019.  I previously worked at Fleet Bank as a loan officer (1982 to 1995), and my first full-time position was as a manager at Bristol News Service (1974 to 1981).

It was in my capacity as a social studies teacher at Mt. Hope High School that I came to know Jeremy Spence.  Jeremy took two of my full-year classes in two consecutive years.  As a sophomore in 2011-2012, he took my American Studies class.  Jeremy earned a grade of 82.2.  I should note that Jeremy was a quiet student and he never once gave me a speck of trouble.  He was very well behaved and had an excellent attendance record.  He was the type of student every teacher hopes for.

In his junior year, 2012 to 2013, Jeremy took my very challenging Advanced Placement (AP) Macroeconomics class.    In that class, students must largely self-educate.  By that I mean they must very carefully read the assigned chapters for understanding of rather complex concepts.  I did a minimum of teaching and was more of a facilitator than an educator.  Despite this challenge, Jeremy seemed to thrive.  He was the only junior in a class of seniors, and he earned the only A (93) in the class.  Furthermore, Jeremy earned a coveted "5" on his AP Exam.  A "5" is the highest possible score on the AP Exam, and he was the only student I have ever had who achieved this level of proficiency.

In the final week of classes that year, Jeremy was the only student in the class since the seniors were attending senior week.  We were able to interact on a one-on-one basis.  Jeremy is largely a closed book, at least with those he generally keeps at arm's length, and that appears to be with most of his acquaintances.  I do not pretend to understand the inner workings of his mind – few appear to – but I do know he was/is an excellent student and a good person.  One example underscores this.  Being of an age where I am sometimes technologically-challenged, I mentioned to Jeremy that I could not get the computer to number my pages without it placing an

unintended header on the page.  Jeremy simply came to my PC and said:  "Mr. Calouro, all you have to do is click on that button."  Almost nine years later, I think of him every time I perform this function.

As I knew Jeremy, he was not one to share his personal feelings.  He did not wear his heart on his sleeve.  He presented to me as a thoughtful introvert, one who held his emotions close to his chest.  One heart-breaking incident I know must have severely affected him, but one that he internalized, at least with me, was the brutal beating, rape, and murder of his paternal grandmother over Memorial Day weekend in 1999.  Jeremy was approximately three years old at the time, but when he became old enough to understand how his grandmother was killed; it must have tragically struck him.  Jeremy never spoke about this with me. As I wrote above, Jeremy, it seemed to me, internalized things.

Jeremy's father, Mr. Gerard Spence, was one of my colleagues in the social studies department at Mt. Hope High School.  He is one of the most highly regarded and beloved teachers there.  I had the privilege of team teaching a class with him the year after his mother's murder.  I closely saw how deeply this tragedy affected him, and I am sure there were many times when deep sadness pervaded the Spence household.  I saw what a monumental hole Gerard had to dig himself out of in order to simply perform daily activities.  I believe he has taken this terrible tragedy and uses it for good in his "You and Law" class at MHHS in order to demonstrate he has personal experience with crime and the law.

I have not spoken to Jeremy about the offense he has pleaded guilty to.  I am not one of his confidants.  I am, however, one of his admirers.  The point of much of my missive is that the Jeremy Spence I know was/is a good student.  I presume this was his first and only brush with the law.  His transgression was committed before the age when young men's brains fully understand the consequences of their contemplated actions.  I am sure that if you are lenient and give Jeremy the lowest reasonable sentence possible, that Jeremy will use this clemency as a learning experience.  He will be sure to hereafter stay on the right side of the law.

Thank you for considering my request so that you can better understand the person you will be sentencing.


Very truly yours,


Edwin P. Calouro
Adjunct Assistant Professor
Department of History
Rhode Island College

# EXHIBIT L



## State of Rhode Island and Providence Plantations

### Senate Citation

*Be it hereby known to all that: The Rhode Island Senate*

*hereby offers its sincerest congratulations to:*

**Jeremy B. Spence**

In recognition of

**being the tenth highest ranking academic student of the Mount Hope High School Class of 2014**

*The entire membership extends its very best wishes on this*

*memorable occasion and expresses the hope for continued good fortune.*

**Proposed the 5th day of June, 2014**
**At the State House in Providence, Rhode Island**

M. Teresa Paiva Weed
PRESIDENT OF THE SENATE

Walter S. Felag Jr.
Christopher S. Ottiano
SENATORS

Dominick J. Ruggerio
SENATE MAJORITY LEADER



# Rhode Island Honor Society

## Secondary Schools

This is to Certify that

### Jeremy Spence

a student of Worthy Character, Helpful Leadership and a member
of the Senior Class of

## Mt. Hope High School

Has maintained that High Grade of Scholarship which is demanded of this Society
and is therefore awarded this

## Certificate of Membership

Given this 29th day of May, Two thousand and fourteen

_Principal_



_Chairperson, R.I. Honor Society_



# National Honor Society

## Certificate of Membership

This Certifies that

*Jeremy Spence*

was selected a member of the

## Mt. Hope High School

Chapter of the National Honor Society.
Membership is based on Scholarship,
Leadership, Service, and Character.

Presented at  *Colt School*

on  *May 29, 2014*

_____
JoAnn D. Bartoletti
Executive Director
NASSP

_____
NHS Chapter Adviser

_____
Principal

**nassp**
leading schools
NHS is a program of NASSP

# Certificate of Award

## Rhode Island Science and Engineering Fair

*for individual excellence in presenting a science project, at the two thousand and thirteen RISEF, has awarded a*

## First Grant

*To*

### Jeremy Spence
### BEH-523

_____
Director, RISEF

_____
Assistant Director, RISEF





**Rhode Island Science and Engineering Fair**

# AMERICAN MATHEMATICAL SOCIETY

**Congratulates**

*Jeremy Spence*

**Mt. Hope High School**

***For Outstanding Achievement in Mathematics***

**2014**

Donald E. McClure
Donald E. McClure, Executive Director
American Mathematical Society
Providence, Rhode Island

AMS
AMERICAN MATHEMATICAL SOCIETY

# CERTIFICATE of ACHIEVEMENT

*Jeremy B. Spence*

HAS ACHIEVED "A LIST" STATUS FOR SEMESTER 1

AWARDED THIS 19TH DAY OF MARCH, 2014

PRESENTED BY

JENNIFER COPELAND, ASSISTANT PRINCIPAL



President's Education Awards Program

presented to

Jeremy B. Spence

in recognition of

Outstanding Academic Excellence

2014



# Certificate of Honor

In recognition of outstanding achievement on the Scholastic Assessment Test (SAT)
or on the ACT Assessment Test

## JEREMY SPENCE

has been designated a

## Rhode Island Scholar

by

## The Governor of Rhode Island

and the

## Rhode Island Higher Education Assistance Authority



_Director of Program Administration, RIHEAA_



_Governor of Rhode Island_



# EXHIBIT M

## —REDACTED—