# Exhibit 1

**From:** Jason Baptiste
**To:** Magdo, Christine (USANYS)
**Subject:** [EXTERNAL] Jeremy Spence: Restitution Jason Baptiste
**Date:** Friday, March 11, 2022 10:05:24 AM

Dear Christine, Hope this finds you well.

Please include me in the order of restitution.

Jason Baptiste


I lost a large portion of my savings which meant I struggled for a year as I had recently lost my job.

Please let me know if you need anything further from me.

Best,

Jason