# Exhibit 2

<u>Victim Impact Statement</u>

The investment I lost represented more than half of my savings as well as part of my wife's savings. This was a very embarrassing and stressful situation. It deteriorated my relationship with my wife for a time being and caused a considerable amount of stress and anxiety. Also, as a result of the scam, I lost confidence and withdrew the rest of my investments from other places like my stock broker and did not reinvest until last year, which resulted in missing a bull run in the stock and cryptocurrency markets.

Aivaras Cepelis