# Exhibit 3

## Magdo, Christine (USANYS)

| | |
|---|---|
| **From:** | Daniel Hilderman <REDACTED> |
| **Sent:** | Wednesday, March 9, 2022 2:17 PM |
| **To:** | Magdo, Christine (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement - Jeremy Spence Case |

Hello Ms. Magdo,

My name is Daniel Hilderman - I'm a victim of Jeremy Spence (Coin Signals). Below is my Victim Impact Statement.



Dear The Honorable Lewis Kaplan,

I am a victim of Jeremy Spence's crypto fund scam. I was one of many who was persuaded by Mr. Spence over the course of several months to 'invest' in his trading fund based on fabricated returns.

The funds invested represented over 50% of my entire liquid assets at the time. Shortly after the investment was made, I was laid off from my job in mid 2018. I was counting on the invested funds to eventually repay loans I took out to fund living expenses. After the fund blew up and it was clear the promised returns were never coming, I was forced to sell my entire personal IRA/401K from my previous employer. I took the early withdrawal penalty and used that money to fund my living expenses and loan repayments while I sought employment during 2018 and 2019. As a result, I now have little in the way of retirement funds. The bitcoin I sent to Jeremy Spence would currently be worth over $100,000.

The accumulated stress and anxiety from losing so large a portion of my networth is hard to overstate. I was a mental wreck for most of 2018 and 2019. I even began to view the people around me with distrust and I suspect it will take a long time to regain the level of trust I had in
people prior to being ripped off by Mr. Spence. The silver lining is that at least there is *some* justice for Mr. Spence in the end.

Best Regards,
Dan