# Exhibit 4

<u>Victim Impact Statement</u>

My involvement in Jeremy Spence's fraudulent pyramid scheme can only be described as one of the most stressful periods of my life. It caused me to go into depression and anxiety which made me wake up constantly in the middle of the night. It was hard to continue with my work, my business and my personal relationships, while always waiting for Jeremy's next empty promise or excuse. I had to seek medical help to overcome this difficult period. It was all consuming and has taken years for me to get past the emotional impacts on myself and my family. I'm fortunate that my family stood by me despite the significant fallout caused by Jeremy. Making the decision to commit even more time and efforts to ensure Jeremy was found and charged was a difficult but necessary one for myself and the group of people affected. I can only trust that justice is served in full.

Manfred Lagemann