# Exhibit 5

**Magdo, Christine (USANYS)**

| | |
|---|---|
| **From:** | Jeremy Lee REDACTED |
| **Sent:** | Monday, March 7, 2022 4:04 PM |
| **To:** | Magdo, Christine (USANYS) |
| **Subject:** | [EXTERNAL] Jeremy Spence Victim Impact Statement and presence in court on 3/31 |

REDACTED



Victim Impact Statement

I, like many other people, met Jeremy Spence online. He had been posting trades and seemed to have potential in terms of calling trades before they happened. He started to get a following and I was excited about the interactions and the potential to learn from him and help him with my professional network so that he could get the advice that he needs.

My background is in technology, but I moved into fintech a few years ago and amassed a very desirable network of influential professionals in both the stock market and crypto world. Very early on I made it a priority to meet and try to help Jeremy Spence so that he wouldn't put himself in a bad situation based on ignorance.

When I met him, I was surprised to meet a very young, introverted trader without a lot of professional experience. I let him know that I could put him in touch with professionals so that he could navigate this newly formed space according to established laws that would apply to crypto in the future. I did not know these laws, but know many professionals who did. I saw that many crypto traders were very ignorant of established SEC standards. While trading was a major risk to most traders, someone like Jeremy (with the right network), could have a great career opportunity.

I PERSONALLY PUT A TON OF EFFORT INTO HELPING THIS KID GET THE RIGHT ADVICE AND BUILD THE RIGHT NETWORK TO BE SUCCESSFUL. A TON.

He seemed excited for the advice and I genuinely considered him a friend. His "fund" and his trading was never made available to me so I never realized how much money he was taking in from unsophisticated investors. My friend Dan was interested in helping him so we all began meeting and decided to setup a fund where we could hire professionals could focus on managing a fund while Jeremy could focus on trading.

Time and time again we made it very clear that he should not be taking money from people online and that he needed to stop trading for anyone online. Through every interaction he agreed and told us it was his intention to move forward with doing things the right way.

While waiting for the fund to be setup, I had given him significant money to trade for me. I felt that with my connections legally and professionally that he understood the seriousness of handling my money so I felt it was safe. I also did a background check so I thought the chance of him doing anything stupid was very small.

One of my best friends was as excited about crypto as I was and wanted to set aside some money to invest, but he did not have anyone to trade for him. He knew about my money with Jeremy and he wanted to give significant capital. I warned him of the risk and told him that many hedge funds in the crypto space were developing and that we might even have one available in the future. P[REDACTED] was anxious to take advantage of the crypto space and wanted to meet Jeremy without the protection of a fund structure. P[REDACTED] met Jeremy in person and received assurance after assurance from Jeremy that he would be responsible with his money. Based upon Jeremy's assurances AFTER Jeremy had already been losing significant money and lying about his returns, Jeremy posted fake returns for P[REDACTED] that were the opposite of Jeremy's trading results. At this point he was trying to gather capital to further his fraudulent activity.

P[REDACTED] gave Jeremy $800,000 dollars and from my discussions with the FBI, he never invested any of that money. He consistently lied from day 1 to myself and P[REDACTED]. When P[REDACTED] tried to retain his money for tax purposes, I fought with Jeremy for a week through extreme stress. He lied hundreds of times. Ultimately, Jeremy was lying the entire time. I went through months of trying to communicate and get Jeremy to return our funds and he strung me along with zero regard for anyone but himself. He then started communicating less frequently and after the details started to emerge, he went silent.

I considered Jeremy a friend. I spent so much effort trying to help him. I coached him on the importance of honesty, integrity, building things the right way, and surrounding yourself with good people. I introduced him to friends in my network that I have spent my entire life building. I have a reputation that I take very seriously.

Jeremy Spence could not have met a better human to help him or invest more time into him. I did everything I could to help him and he not only ignored that advice, but he stole from me and my best friends.

It is very important for the court to know that this was not an innocent mistake on his part. It was willful. He had every opportunity to do the right thing and he not only made mistakes but willfully stole almost a million dollars from one of the best human beings people I have ever met.

His actions have significantly damaged close relationships in my life. It has damaged my professional reputation. It has significantly damaged my savings. If Jeremy was at all responsible with my funds, then I would have profited greatly based on Bitcoin's increase in price. Most importantly, he took advantage of good people who did nothing but try to help him.

Based on Jeremy's willful, consistent lies and pattern of fraud, I expect that Jeremy serves significant prison time for his crimes. He had hundreds of opportunities to do the right thing and he never one choose the right path. I would appreciate it if this fact was factored into his sentencing.

Thank you for your time and efforts.

Regards,
Jeremy Lee