# Exhibit 6

# VICTIM IMPACT STATEMENT

Victim: Maurice Martinez
USAO Number: 2019R00177
Court Docket Number: 21-CR-00116

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

My name is Maurice Martinez. I have a wife and two young sons, [REDACTED] who is eight and [REDACTED] who is two. I want Jeremy to know that the impact to our family because of his actions have been devastating.

My intentions with investing in Bitcoin was to have a nest egg for my son [REDACTED]. Money he could use for college and starting out. Now that the Bitcoin is gone, we don't know how we will pay for [REDACTED] education.

To make matters worse, after this money was stolen, we had our second son, [REDACTED], who was born with a severe brain injury. [REDACTED] has grade five Cerebral Palsy, the worst level. He has many seizures a day. He cries all the time. He cannot move his limbs, walk or communicate and needs constant care and therapy. Professional care and therapy is extremely expensive and many times we have wished that we had the Bitcoin so that we could pay for the therapy that he needs. As it stands now we must do what therapy we can at home and do all of his care in house, which puts a massive strain on our family.

Jeremy Spence will someday get out of jail and be able to start a new life. My wife and I will never get that chance as we will be taking care of our disabled son for the rest of our lives. One day Bitcoin will be a million dollars or more. At that time I'm sure we will be thinking that we wished we had some of what Jeremy stole in order to pay for a caregiver for [REDACTED] for a few hours and give our family a break. At this point it's very difficult to see the light at the end of the tunnel.

Maurice J. Martinez