# Exhibit 7

| | |
|---|---|
| **From:** | Jose Quintas |
| **To:** | Magdo, Christine (USANYS) |
| **Subject:** | [EXTERNAL] Re: Investigative Case: 2019R00177 - Spence |
| **Date:** | Tuesday, March 15, 2022 8:17:25 PM |
| **Attachments:** | image001.png |

Dear Mr. Magdo,

Please find below my short statement about personal impact on me and my family:

Apart from the fact, how much money we lost in this case (all our savings) and how much we could have earned if we had not been robbed, it had a greater impact on our lives. My wife, at the time of the ninth month of her pregnancy, began to feel anxious and suffers from this condition to this day. But what bothers us the most is that this money should have belonged to our daughter. It was not me, who was robbed but my daughter.

That is all I would like to say about this fraud.

I hope justice wins.

Kind regards,

José Quintas

**REDACTED**

