# Exhibit 8

<u>Victim Impact Statement</u>

I've lost about 80% of my lifetime savings to Jeremy Spence scam. As a result of this I had to cancel my relocation/buying own property plans and instead had to continue renting till today. It impacted my health too as losing lifetime savings is seriously bad. I am now 44 so it's less time to accumulate same sum in savings again than when one is in his twenties.

Vitaliy Rudenko