# Exhibit 9

## Magdo, Christine (USANYS)

| | |
|---|---|
| **From:** | Karel Segers REDACTED |
| **Sent:** | Saturday, March 5, 2022 2:40 AM |
| **To:** | Magdo, Christine (USANYS) |
| **Subject:** | [EXTERNAL] Fwd: Jeremy Spence: Victim Impact Statement - KAREL SEGERS |
| **Attachments:** | 08-10-2020_21 Declaration of Jonathan Brennan ISO Motion for Default Judgment (with Exhibits) (05519087x80C68).pdf |

Dear Christine,

I hope the below statements satisfy your requirements for the V.I.S.

(i) WHO I AM
I am Karel Segers, a teacher of screenwriting, married with one son.

(ii) WHAT THE MONEY I LOST MEANS TO ME
The money lost represented more than a full year of savings, as I only enjoy a modest income. This can be verified from my annual tax income over the past ten years.

(iii) HOW MY LIFE HAS CHANGED AS A RESULT OF THE CRIME
Since I lost this money, I have had to borrow from my family in order to pay for my son's high school studies. He attends a private school, which is my greatest cost outside rental and living expenses. In the 2 years following the loss, I was unable to purchase much if anything outside the bare necessities.

(iv) HOW THIS CRIME HAS IMPACTED ME BEYOND MONEY
At the time I invested my savings, I felt good about life, and had a level of confidence and security. Now, having had to borrow from my family, I feel a level of shame. I have also become less trusting of people in general, and this may have had an impact on my relationships and how people perceive me.

Please let me know if you have any questions.

With regards,

Karel Segers

