# Exhibit 11

**Magdo, Christine (USANYS)**

| | |
|---|---|
| **From:** | Andre Viana REDACTED |
| **Sent:** | Monday, March 7, 2022 2:38 PM |
| **To:** | Magdo, Christine (USANYS) |
| **Subject:** | Re: [EXTERNAL] Fwd: Spence Case |

Hi there,

the situation was a perfect storm, apart from losing 100% of my crypto assets, which were most of my savings, I also needed to deal with the need to tell my family about it.
I ended up delaying the purchase of a house, and it did harm my job, it's not easy to deal with such a situation.

I'm glad I have good friends that helped me psychologically.

Regards,
André Viana

**REDACTED**



1