# Exhibit 12

**Magdo, Christine (USANYS)**

| | |
|---|---|
| **From:** | José Duarte Vieira REDACTED |
| **Sent:** | Monday, March 7, 2022 2:16 PM |
| **To:** | Magdo, Christine (USANYS) |
| **Subject:** | Re: [EXTERNAL] Victim Impact Statement |

Hello Christine,

**"Victim impact statement"**

**TOTAL LOSS:**
Assets invested minus assets withdrawn: **1.64132779 Bitcoin**
Approx. valuation of the assets (at the time of investment): **$14 200 (USD)**
Approx. valuation of the assets (today): **$63 780 (USD)**

This loss had a huge negative impact on my life, this amount is about 20 times the average salary in my country of residence and at that time this money was about 90% of my savings, after this loss I had almost nothing left behind. This event made me very upset and depressed, which also had a huge negative impact on my mental health and social life.

In addition to all this, I still have nightmares today about the fact that my investment was made with my Bitcoin savings, and that means that today those savings would be worth 5/6 times more and that fact could help me solve many of my current financial problems.

Please just let me know if you got any doubts or if something is not in accordance with the statement you need from my side.

Sincerely,
Vieira

**REDACTED**



1