Exhibit 13

(I) My name is Gregor Wallner, I am 30 years old and I live in Austria, Europe. (II) The money lost due to the circumstance is of course painful, but it does not deprive me of my existence. (III) My life goes on as usual, I have lost most of my assets due to this case, but I am not in financial distress. (IV) This crime has only affected me financially. I have to be honest: I am a social worker and I occasionally deal with this crime in my mind because I know that people make mistakes and sometimes cannot assess the implications of any actions in advance. The accused is, if I remember correctly, several years younger than me - just 22 years old at the time of the crime and I would be ashamed if I did not believe in a second chance for the person concerned. I don't want a complete stranger to me on the other side of the globe to spend a big part of his life in prison. Of course I would be happy about restitution within the bounds of possibility - but for me it is only money, which cannot be equated with an alienated life.


Regards

Gregor Armin Wallner


Confidentiality Notice - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.