# Exhibit 14

**Magdo, Christine (USANYS)**

| | |
|---|---|
| From: | Naor Ye REDACTED |
| Sent: | Sunday, March 6, 2022 7:47 PM |
| To: | REDACTED Magdo, Christine (USANYS) |
| Cc: | REDACTED |
| Subject: | [EXTERNAL] Re: Jeremy Spence: Sentencing, Restitution, and Victim Impact Statements - Please Reply by March 11, 2022 |

REDACTED



Here is my Victim Impact Statement:
My name is Naor Yehudaey, 38 years old, father to 2 little charming kids.
I lost 1.1 BTC in the scam. Those days I used all my savings and a small bank loan to buy that amount of Bitcoin. This money was meant to be used for house renovation which was eventually delayed by 2 years.
After I realized I lost that money, I was depressed and felt ashamed. I spent nights and days trying to communicate with Jeremy Spence and his relatives, in order to get my money or even a portion of it back. I couldn't look into my wife's eyes. I felt that I lost money for my kids.
Since then I found some ways to overcome the shame. What's left is the hope that I learned a lesson from that story.

Please let me know that you got this email and that nothing is missing.

Thanks,
Naor Yehudaey

REDACTED



1