# Exhibit 15

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Craig Young |
| **Sent:** | Thursday, December 16, 2021 7:22 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] Re: U.S. Department of Justice - VNS - Investigative Case 2019R00177 - Court Case 21-CR-00116 |

Victim: Craig Young
USAO Number: 2019R00177
Court Docket Number: 21-CR-00116

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I sent a large percentage of my savings to Jeremy in both Ethereum and Bitcoin, after over a year I wanted to take my crypto out but was convinced to instead invest more.
By this time it was apparent that no one would be getting any money back and they took more knowing it would never be returned.
This has had a huge impact on our family finances that will take many years to recover from, if it was a mistake then that would have been a risk that I took, however they knowingly deceived me and continued to take money from me.
I am sure the stress of all of this contributed to my recent cancer diagnosis, I hope Jeremy and his gang of thieves find a way to pay back his victims, however I have little faith that criminals like this will ever get the justice they deserve.
I hope the remorse that he feels is genuine and that he isn't putting on an act.
I am sure he has squirreled away this crypto for a future date and will no doubt find a way to bypass the checks and balances.

Regards
Craig