**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 9, 2022

**By ECF and Email**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    United States v. Jeremy Spence**
         **21 Cr. 116 (LAK)**

Dear Judge Kaplan,

Jeremy Spence is scheduled to be sentenced by Your Honor on May 11, 2022. Both parties have filed their sentencing submissions. See Dkt. Nos. 34, 35. We write to provide an update regarding Jeremy's medical treatment.

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

---

[1] ███████████ records are available for the Court's review.

should consider under 18 U.S.C. § 3553(a). 

      For these reasons and those detailed in our submission, we continue to ask for a sentence of supervision with home detention and a community service requirement.

Respectfully submitted,

/s/
Sylvie Levine
Neil P. Kelly
Counsel for Jeremy Spence